IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AR DESIGN INNOVATIONS LLC,<br>*Plaintiff*,<br><br>v.<br><br>LOWE'S COMPANIES, INC.,<br>*Defendant*. | § § § § § § § § § § § | CIVIL ACTION NO. 2:25-CV-00529-JRG |

## **ORDER**

Before the Court is Plaintiff AR Design Innovations LLC's ("Plaintiff") Motion to Compel Defendant Lowe's Companies, Inc. ("Defendant") to Produce Documents and Supplement Interrogatory Responses (the "Motion"). (Dkt. No. 35.) In the Motion, Plaintiff moves to compel Defendant to supplement its document production in more than six areas, produce six identified types of source code related to the Accused Products, and supplement its responses to seven of its interrogatories. (*Id*. at 1-2.) The Motion includes in its Certificate of Conference that "counsel have met and conferred telephonically on September 22, 2025 and at various times through email, but the parties were unable to agree on Plaintiff's requested relief." (*Id*. at 9.)

Defendant responds that this call from September 22, 2025 "lasted less than half an hour," and that "[t]he parties only discussed high level issues and did not reach an impasse on any issue." (Dkt. No. 37 at 2.) Defendant further represents that in the subsequent emails that were exchanged, "[n]o impasse was identified," and that it "expressed willingness to continue discussions." (*Id*., citing Dkt. No. 37-2 at 2.) Defendant then states that Plaintiff filed its Motion without providing advance notice to Defendant and refused a request from Defendant to withdraw the Motion to allow the parties to resolve the issues without judicial intervention. (Dkt. No. 37 at 3.)

Given these representations from Defendant, the Court finds that Plaintiff has failed to comply with the meet and confer requirements set forth in Local Rule CV-7(h). As such, the Court determines that the Motion should be and hereby is **DENIED WITHOUT PREJUDICE**. The Court remains willing to take up a subsequent motion to compel on the merits, if such a motion remains necessary after the parties have satisfied their meet and confer requirements under the local rules by means of detailed, thorough, and serious efforts to resolve these issues without the Court's intervention.

**So ORDERED and SIGNED this 20th day of November, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE